# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREYSTONE NEVADA, LLC, A
DELAWARE COMPANY; AND U.S.
HOME CORPORATION, A DELAWARE
CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
SUSAN JOHNSON, DISTRICT JUDGE,
Respondents,
and
KAREN K. ADAMS; A & R LAS VEGAS
REAL ESTATE INVESTMENTS, LLC;
RAIED AZAR; ERNEST BELL; WANDA
J. BELL, HUSBAND & WIFE; MIRKO
BORZIC; LORE ALLEN; JOHN
BOZARTH, JR.; ERICA BOZARTH,
HUSBAND & WIFE; SIMON CHAN;
ELIKA CHAN, HUSBAND & WIFE;
BENJAMIN CORPUZ; REBECCA
CORPUZ, HUSBAND & WIFE; HUGO
OROZCO SANTOS COY; IRIS C.
VAZQUEZ CHAVEZ, HUSBAND &
WIFE; JASON CREE; MIKE VANIDES;
ADELE F. MATTHEWS CHILDRENS
TRUST; GIA DAVIS-BUFORD;
ARTHUR & JOANIE DORF TRUST
AGREEMENT; LARRY M. ECLEVIA;
MA VICTORIA C. ECLEVIA, HUSBAND
& WIFE; JASON B. FEINBERG;
CLINTON R. GALE; STEVE GUELL;
SUSAN GUELL, HUSBAND & WIFE;
NADER HANHAN; ELIAS HANHAN;
CHRISTOPHER M. HERREN;
CHRISTINA M. HERREN, HUSBAND &
WIFE; DENNIS HRADISKY; ROXIE
HRADISKY, HUSBAND & WIFE;

No. 73563

FILED

DEC 2 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

17-44335

TOROS H. KEJEJIA; LOUSIN KEJEJIA, HUSBAND & WIFE; IAN OHOUTEK; ASHLEY OHOUTEK, HUSBAND & WIFE; MK-6225 SEPARATE PROPERTY TRUST; NATHAN LAMBERT; HEATHER LAMBERT, HUSBAND & WIFE; LEE LIVING TRUST; AZTLAN INVESTMENTS, LLC; MICHAEL MCDOUGAL; KRISTEN MCDOUGAL, HUSBAND & WIFE; ISRAEL MEDINA; DEBORAH MEDINA, HUSBAND & WIFE; BOLOMA, INC.; DONNA PASCARIS; DOUGLAS ROSENTHAL; MILA D. ROSENTHAL, HUSBAND & WIFE; ROBIN ROTH; JENNIFER SCHEMBER; LEONARD SOUZA, HUSBAND & WIFE; JUST IN TIME TRUST; DAVID SHINN; KATIE SHINN, HUSBAND & WIFE; SELAMAWIT TAYLOR; MARTIN VALLEJO; MONICA VALLEJO, HUSBAND & WIFE; LAURENCE C. WATTERSON; SONIA WATTERSON, HUSBAND & WIFE; DAVID B. WEDDING; ASHLEY R. WEDDING, HUSBAND & WIFE; WILLIAM WHITE; DEBRAE LITTLE, HUSBAND & WIFE; JOHN BERKHOFF; AARON DEVAN; APRIL DEVAN, HUSBAND & WIFE; TIMOTHY JAMES DILLON; GWENDOLYN DIXON; TANYA DIXON; ROBERT DOUCET; SHARIFA HANEEFZAI; JEFFREY HEISLER; JIN JUNG; HEE JUNG, HUSBAND & WIFE; ISAO KIMURA; JOHNNY LOPEZ; EUGENIE LOPEZ, HUSBAND & WIFE; LORI LYNCH; DARREN MARK; MARY GRACE MARK, HUSBAND & WIFE; KEVIN MCDOWELL; PYONG MCDOWELL, HUSBAND & WIFE; ANTHONY

SUPREME COURT
OF
NEVADA

(O) 1947A

NGUYEN; TIFFANY NGUYEN,
HUSBAND & WIFE; JESUS
RODRIGUEZ; CARLOS ROMERO;
MARSHA SOUMA; JOSEPH & JOYCE
WECKERLE FAMILY TRUST; AND
ZIROLI TRUST,
Real Parties in Interest.

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges district court orders partially denying a motion to dismiss and granting a motion for partial reconsideration in a construction defect action.

Having reviewed the parties' briefs and the record, we are not persuaded that the district court arbitrarily or capriciously exercised its discretion so as to warrant our extraordinary and discretionary intervention at this time. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *Int'l Game Tech, Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Susan Johnson, District Judge
     Payne & Fears LLP
     Canepa Riedy Abele
     Lattie Malanga Libertino, LLP
     Eighth District Court Clerk